FILED IN CLERK'S
U.S.D.C. Rome

OCT 16 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BILLY W. BRYANT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>T & T PRODUCE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)  No: 4:13-CV-0092-HLM-WEJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that the parties have filed a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1),

It is therefore ORDERED that this lawsuit be and hereby is dismissed with prejudice. The parties shall bear their own costs.

_____
Harold L. Murphy, U.S. District Judge

**APPROVED FOR ENTRY:**

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr., #387630
4525 Harding Road
Suite 200
Nashville, Tennessee 37205
615-313-8188
Facsimile: 615-313-8702
rsjackson@rsjacksonlaw.com


John McCown, #486002
Warren & Griffin, P.C.
513 Benjamin Way
Suite 208
Dalton, GA 30721
423-265-4878
Facsimile: 706-529-3890
johnmccown@gmail.com

Attorneys for Plaintiff


/s/ Michael A. Anderson
Michael A. Anderson, #017740
Gary R. Patrick, #565975
John Templeton, #168544
Patrick, Beard, Schulman &
Jacoway, P.C.
537 Market Street, Suite 202
Chattanooga, TN  37402
423-756-7117
423-267-5032 (facsimile)

Attorneys for Defendant